UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 AUG -9 AM 9: 21
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| LESHA BARTHOLOMEW, <br> LEONARD BARTHOLOMEW III <br> individually and on behalf of <br> LEONARD BARTHOLOMEW IV <br> & SUSAN BARTHOLOMEW | CIVIL ACTION <br><br> NO: **06-4159** <br><br> SECTION: "_____" <br> MAGISTRATE: **SECT. C MAG. 4** |

versus

THE CITY OF NEW ORLEANS, MAYOR
C. RAY NAGIN, THE NEW ORLEANS
POLICE DEPARTMENT, POLICE CHIEF
WARREN RILEY, JOHN DOE OFFICER 1,
JOHN DOE OFFICER 2, JOHN DOE OFFICER 3,
JOHN DOE OFFICER 4 AND
XYZ INSURANCE COMPANY

FILED:_____          _____
                                              **DEPUTY CLERK**

### COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes plaintiff's Lesha Bartholomew, Leonard Bartholomew and Susan Bartholomew, all persons of the full age of majority and citizens of the State of Louisiana and the United States of America, who respectfully represents:

### JURISDICTION

1. Jurisdiction of this Honorable Court is invoked pursuant to 28 U.S.C. § 1331, and 1343. This is an action authorized by 42 U.S.C. § 1981, et seq., especially § 1983, to redress the deprivation under color of law, statute, ordinance, regulation, custom and/or usage of rights guaranteed the plaintiff's by the First, Fourth and Fourteenth Amendments to the United States Constitution.

Fee $350.00

2. This Honorable Court's supplemental jurisdiction is also invoked, pursuant to 28 U.S.C. § 1367, as to all matters cognizable under Article 1, § 2 (due process), § 3 (individual dignity), § 5 (privacy), § 7 (expression) and § 9 (petiton) of the Louisiana Constitution of 1974 and dialectal laws of the State of Louisiana, including Article 2315 of the Louisiana Civil Code.

## PARTIES

3. Plaintiff **LESHA BARTHOLOMEW** is a person of the full age of majority, residing and domiciled in the Parish of Orleans, State of Louisiana.

4. Plaintiff **LEONARD BARTHOLOMEW III** individually and on behalf of **LEONARD BARTHOLOMEW IV** is a person of the full age of majority, residing and domiciled in the Parish of Orleans, State of Louisiana.

5. Plaintiff **SUSAN BARTHOLOMEW** is a person of the full age of majority, residing and domiciled in the Parish of Orleans, State of Louisiana.

6. **THE CITY OF NEW ORLEANS, LOUISIANA,** is a municipal corporation organized under the laws of the State of Louisiana with capacity to sue and be sued.

7. **THE HONORABLE C. RAY NAGIN,** in his capacity as Mayor of the City of New Orleans, is a person of the full age of majority and resident of the Parish of Orleans, State of Louisiana, who at all times pertinent herein was the duly appointed Mayor of the City of New Orleans.

8. **XYZ INSURANCE COMPANY,** is a foreign and/or domestic insurance company (the true name of which is presently unknown to plainitff), authorized to do and is doing business in the State of Louisiana, having appointed the Secretary of State of the State of Louisiana as its agent for service of process and hence considered domiciled in the Parish of Orleans for

purposes of suit in Louisiana, which company insured defendant C. Ray Nagin, Police Chief Warren Riley, the New Orleans Police Department, John Doe Officer 1, John Doe Officer 2, John Doe Office 3, John Doe Officer 4 and the City of New Orleans for all acts performed by them in their official capacity as an employee of the City of New Orleans.

9. **JOHN DOE OFFICER 1**, is a person of the full age of majority and resident of the Parish of Orleans, State of Louisiana, (the true name of which is presently unknown to plaintiff) who at all times pertinent herein was an Police Officer with the New Orleans Police Department.

10. **JOHN DOE OFFICER 2**, is a person of the full age of majority and resident of the Parish of Orleans, State of Louisiana, (the true name of which is presently unknown to plaintiff) who at all times pertinent herein was an Police Officer with the New Orleans Police Department.

11. **JOHN DOE OFFICER 3**, is a person of the full age of majority and resident of the Parish of Orleans, State of Louisiana, (the true name of which is presently unknown to plaintiff) who at all times pertinent herein was an Police Officer with the New Orleans Police Department.

12. **JOHN DOE OFFICER 4**, is a person of the full age of majority and resident of the Parish of Orleans, State of Louisiana, (the true name of which is presently unknown to plaintiff) who at all times pertinent herein was an Police Officer with the New Orleans Police Department.

13. **THE NEW ORLEANS POLICE DEPARTMENT**, is a municipal corporation organized under the laws of the State of Louisiana with capacity to sue and be sued;

14. **CHIEF OF POLICE WARREN RILEY**, in his capacity as Chief of Police, is a person of

the full age of majority and resident of the Parish of Orleans, State of Louisiana, who at all times pertinent herein was the duly appointed Chief of Police for the Police Department for the City of New Orleans.

## SUMMARY OF THE CASE

15. This is an action against defendants the City of New Orleans, Mayor C. Ray Nagin the New Orleans Police Department, Chief of Police Warren Riley, several unknown police officers and an unknown insurer by Lesha Bartholomew, Susan Bartholomew, Leonard Bartholomew III individually and on behalf of the minor child Leonard Bartholomew IV, all private citizens, whose rights, privileges, and immunities that are guaranteed to all citizens, were denied under color of law by the City of New Orleans through direct, intentional, and negligent acts.

## FACTS AND CAUSES OF ACTION

16. On August 29, 2005 Hurricane Katrina devastated Southeast Louisiana leaving a number of the citizens of New Orleans stranded, without food and water and no meaningful way to communicate with the outside world.

17. The Bartholomew family did not evacuate the city choosing to remain at their home in Eastern New Orleans. Mr. Bartholomew being a longtime employee of the Sewerage and Water Board.

18. On September 4, 2005 the Bartholomew family, Lesha, Leonard, Susan, Leonard IV and a nephew named Jose and Jose's friend James were walking on Chef Menteur Hwy crossing Downman Road when suddenly and without warning several New Orleans Police Officer stopped behind them and started shooting at them.

## DAMAGES

19. Plaintiff Lesha Bartholomew, Susan Bartholomew, Leonard Bartholomew III individually and on behalf of Leonard Bartholomew IV, are now suffering and will continue to suffer irreparable harm from the defendants' policies, practices, procedures and customs as mentioned heretofore. The conduct of the City of New Orleans deprived the plaintiffs' of equal protection under the law and constituted deliberate indifference toward their safety and welfare.

20. As a direct and proximate result of the acts and omissions of the City of New Orleans and failure of the City of New Orleans, plaintiff Lesha Bartholomew has been injured in her person and property, and is entitled to damages as follows:

   A. Physical pain and suffering.........................................................$5,000,000.00

   B. Mental and emotional pain and suffering, including humiliation, aggravation, anxiety, inconvenience, fear, fright and intimidation.................. .$1,500,000.00

   C. Deprivation of rights, privileges, and immunities secured to plaintiff and all citizens....................................................................................... $250,000.00

   D. Punitive and exemplary damages to be assessed in the nature of a fine to ensure that such conduct as was used to victimize plaintiff is not used in the future against other citizens........................................................................$1,000,000.00

   E. Lost Wages, earnings, diminished work capacity and other economic support................................................................................................ $100,000.00

   F. Loss of consortium, society, and affection......................................$250,000.00

21. As a direct and proximate result of the acts and omissions of the City of New Orleans and failure of the City of New Orleans, plaintiff Susan Bartholomew has been injured in her

person and property, and is entitled to damages as follows:

    A.    Physical pain and suffering..................................................$10,000,000.00

    B.    Mental and emotional pain and suffering, including humiliation, aggravation, anxiety, inconvenience, fear, fright and intimidation.................$1,500,000.00

    C.    Deprivation of rights, privileges, and immunities secured to plaintiff and all citizens................................................................................. $250,000.00

    D.    Punitive and exemplary damages to be assessed in the nature of a fine to ensure that such conduct as was used to victimize plaintiff is not used in the future against other citizens.................................................................$1,000,000.00

    E.    Lost Wages, earnings, diminished work capacity and other economic support................................................................................... $750,000.00

    F.    Loss of consortium, society, and affection.......................................$250,000.00

22.    As a direct and proximate result of the acts and omissions of the City of New Orleans and failure of the City of New Orleans, plaintiff Leonard Bartholomew III and Leonard Bartholomew IV have been injured in their person and property, and are entitled to damages as follows:

    A.    Physical pain and suffering....................................................$4,000,000.00

    B.    Mental and emotional pain and suffering, including humiliation, aggravation, anxiety, inconvenience, fear, fright and intimidation.................$1,500,000.00

    C.    Deprivation of rights, privileges, and immunities secured to plaintiff and all citizens................................................................................. $250,000.00

    D.    Punitive and exemplary damages to be assessed in the nature of a fine to ensure that such conduct as was used to victimize plaintiff is not used in the future

   against other citizens..................................................................$1,000,000.00

E. Lost Wages, earnings, diminished work capacity and other economic support.................................................................................... $200,000.00

F. Loss of consortium, society, and affection......................................$250,000.00

**TOTAL..................................................................................................$29,050,000.00**

## RELIEF

**WHEREFORE**, plaintiff Lesha Bartholomew, Susan Bartholomew, Leonard Bartholomew III individually and on behalf of Leonard Bartholomew IV pray that after due proceedings had, there be judgment rendered herein in their favor and against defendants XYZ Insurance, C. Ray Nagin, Police Chief Warren Riley, the New Orleans Police Department, John Doe Officer 1, John Doe Officer 2, John Doe Office 3, John Doe Officer 4 and the City of New Orleans in the full sum of Twenty Nine Million Fifty Thousand and No/100 DOLLARS ($29,050,000.00) in compensatory, punitive, general and special damages, and for such other relief as this court may deem just and appropriate.

**FURTHER** Plaintiff prays for all costs and expenses insurred in this litigation, and reasonable attorney's fees pursuant to 42 U.S.C. § 1988.

**FURTHER** plaintiff prays for and demands trial by jury as to all issues.

Respectfully submitted,

Shorty, Dooley, & Hall L.L.C.

/s/ Edwin M. Shorty, Jr.
_____
Edwin M. Shorty, Jr. (#28421)
Michael J. Hall (#28067)
Tony Dooley (#28557)
650 Poydras Ave., Suite 2230
New Orleans, LA 70131
Phone: (504) 949-2545
Fax: (504) 949-2547
*Attorney for Plaintiff's*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LESHA BARTHOLOMEW,<br>LEONARD BARTHOLOMEW III<br>individually and on behalf of<br>LEONARD BARTHOLOMEW IV<br>& SUSAN BARTHOLOMEW | CIVIL ACTION<br><br>NO:<br><br>SECTION: "_____"<br><br>MAGISTRATE:_____ |

versus

THE CITY OF NEW ORLEANS, MAYOR
C. RAY NAGIN, THE NEW ORLEANS
POLICE DEPARTMENT, POLICE CHIEF
WARREN RILEY, JOHN DOE OFFICER 1,
JOHN DOE OFFICER 2, JOHN DOE OFFICER 3,
JOHN DOE OFFICER 4 AND
XYZ INSURANCE COMPANY

FILED:_____          _____
                                              DEPUTY CLERK

### VERIFICATION OF COMPLAINT

BEFORE ME, the undersigned authority, personally came and appeared Leonard Bartholomew, who being duly sworn deposed and said that he is the plaintiff in the above and foregoing captioned suit for civil rights and delictual damages. Further, he has read the foregoing complaint, and all of the allegations of fact contained in the complaint are true and accurate to the best of his knowledge.

*/s/ Leonard P. Bartholomew*
Leonard Bartholomew

Sworn to and subscribed before me this ___8___ day of August, 2006.

Edwin M. Shorty, Jr.
Notary Public
Attorney-at-Law
LSBA / 28421