UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LESHA BARTHOLOMEW, <br> LEONARD BARTHOLOMEW III <br> individually and on behalf of <br> LEONARD BARTHOLOMEW IV <br> & SUSAN BARTHOLOMEW & | CIVIL ACTION <br><br> NO: 06-4159 <br><br> SECTION: "C" <br><br> MAGISTRATE: 4 |

versus

THE CITY OF NEW ORLEANS, MAYOR
C. RAY NAGIN, THE NEW ORLEANS
POLICE DEPARTMENT, POLICE CHIEF
WARREN RILEY, JOHN DOE OFFICER 1,
JOHN DOE OFFICER 2, JOHN DOE OFFICER 3,
JOHN DOE OFFICER 4 AND
XYZ INSURANCE COMPANY

FILED:_____              _____
                                        DEPUTY CLERK

**PLAINTIFF'S AMENDING AND SUPPLEMENTAL COMPLAINT**

The amended and supplemental petition of petitioners Lesha Bartholomew, Leonard Bartholomew and Susan Bartholomew, all persons of the full age of majority and citizens of the State of Louisiana and the United States of America, who respectfully represents:

1.

Petitioner renews and reiterates all of the allegations toward defendant (as herein amended and supplemented), and all prayers, of the original petition.

2.

To amend and supplement paragraph 8 of the plaintiff's petition in it's entirety to

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 SEP -5 PM 4:26
LORETTA G. WHYTE
CLERK

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No_____

read :

8.  **XYZ INSURANCE COMPANY,** is a foreign and/or domestic insurance company (the true name of which is presently unknown to plainitff), authorized to do and is doing business in the State of Louisiana, having appointed the Secretary of State of the State of Louisiana as its agent for service of process and hence considered domiciled in the Parish of Orleans for purposes of suit in Louisiana, which company insured defendant C. Ray Nagin, Police Chief Warren Riley, the New Orleans Police Department, John Doe Officer 1, John Doe Officer 2, John Doe Office 3, John Doe Officer 4 and the City of New Orleans for all acts performed by them in their official capacity as an employee of the City of New Orleans.  At all times pertinent the city maintained a policy of insurance for Fifty Million dollars ($50,000,000.00)

3.

To amend and supplement paragraph 9, 10, 11 and 12 of the plaintiff's petition in it's entirety to  read :

Made defendants herein are the following to wit:

9.  **Sergeant Kenneth Bowen**, is a person of the full age of majority and resident of the Parish of Orleans, State of Louisiana, who at all times pertinent herein was an Police Officer with the New Orleans Police Department.

10. **Sergeant Robert Faulcon**, is a person of the full age of majority and resident of the Parish of Orleans, State of Louisiana, who at all times pertinent herein was an Police Officer with the New Orleans Police Department.

11. **Sergeant Robert Gisevius**, is a person of the full age of majority and resident of the Parish of Orleans, State of Louisiana, who at all times pertinent herein was an Police Officer with the New Orleans Police Department.

12. **Police Officer Michael Hunter**, is a person of the full age of majority and resident of the Parish of Orleans, State of Louisiana, who at all times pertinent herein was an Police Officer with the New Orleans Police Department.

4.

To add the following defendants to plaintiff's petition:

Made defendants herein are the following to wit:

**Sergeant Robert Gisevius**, is a person of the full age of majority and resident of the Parish of Orleans, State of Louisiana, who at all times pertinent herein was an Police Officer with the New Orleans Police Department.

**Police Officer Ignatius Hills**, is a person of the full age of majority and resident of the Parish of Orleans, State of Louisiana, who at all times pertinent herein was an Police Officer with the New Orleans Police Department.

**Police Officer Anthony Villavaso**, is a person of the full age of majority and resident of the Parish of Orleans, State of Louisiana, who at all times pertinent herein was an Police Officer with the New Orleans Police Department.

**Police Officer Robert Barrious**, is a person of the full age of majority and resident of the Parish of Orleans, State of Louisiana, who at all times pertinent herein was an Police Officer with the New Orleans Police Department.

## RELIEF

**WHEREFORE**, the plaintiff demands:

For all the relief sought in the original complaint.

**FURTHER** Plaintiff prays for all costs and expenses insurred in this litigation, and reasonable attorney's fees pursuant to 42 U.S.C. § 1988.

Respectfully submitted,
Shorty, Dooley,& Hall L.L.C.

_____
Edwin M. Shorty, Jr. (#28421)
Michael J. Hall(#28067)
Tony Dooley(#28557)
650 Poydras Ave., Suite 2230
New Orleans, LA 70131
Phone: (504) 949-2545
Fax: (504) 949-2547
*Attorney for Plaintiff's*
